MARY DREGER, as Executrix of JOHN F. DREGER, Deceased, Respondent, *v.* INTERNATIONAL RAILWAY COMPANY, Appellant.

*Negligence — railroads — train approaching crossing at excessive speed — failure to give adequate warning.*

Dreger v. *International Ry. Co.*, 190 App. Div. 570, affirmed.

(Argued March 22, 1921; decided April 19, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 29, 1920, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's testator alleged to have been occasioned through the negligence of defendant. Testator was riding as a passenger in an automobile truck proceeding southerly on Ward road in the city of North Tonawanda. While crossing defendant's tracks the truck was struck by one of defendant's trains and testator received injuries from which he died. The complaint alleged that the train was traveling at an excessive rate of speed and that proper warning was not given as it approached the crossing.

*Clarence R. Runals* for appellant.

*Joseph A. Wechter* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.